IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 1:19-cv-247 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES DOUGLAS CLARK; | ) | |
| KAREN L. CLARK; and | ) | |
| NORTH CAROLINA DEPT. OF REVENUE, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————————— | ) | |

## COMPLAINT FOR FEDERAL TAXES AND FORECLOSURE OF LIENS

The United States of America, at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States, brings this action to collect the unpaid federal income taxes, including statutory additions to tax owed by the defendants Charles D. Clark and Karen L. Clark, and enforce the corresponding federal tax liens against certain real property located in Haywood County, North Carolina.

## JURISDICTION AND VENUE

1. The court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. §§ 7402 and 7403.

2. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391(b) and 28 U.S.C. §1396, because it is the district where the defendants, Charles D. Clark and Karen L. Clark, reside; where the liability for the taxes at issue accrued; and where the real property that is the subject of the action is situated.

## PARTIES

3. Defendant Charles D. Clark is a taxpayer residing within the jurisdiction of this Court in Canton, North Carolina. Mr. Clark is named as a defendant in this action because he is the taxpayer against whom the unpaid federal tax liabilities at issue in this action are assessed, and because he has an interest in the subject real properties.

4. Defendant Karen L. Clark is a taxpayer residing within the jurisdiction of this Court in Canton, North Carolina. Mrs. Clark is named as a defendant in this action because she is the taxpayer against whom the unpaid federal tax liabilities at issue in this action are assessed, and because she may have an interest in the subject real properties.

5. The North Carolina Department of Revenue is a government agency of the state of North Carolina, and is responsible for assessing and collecting state taxes. It is named as a party because it may hold an interest in the subject real properties.

## COUNT I – COLLECT FEDERAL INCOME TAX ASSESSMENTS

6. Defendants Charles D. Clark and Karen L. Clark failed to file U.S. Individual Income Tax returns (Forms 1040) for the taxable years ending December 31, 2005 and December 31, 2006.

7. The Internal Revenue Service conducted an examination of the Defendants' income taxes for tax years 2005 and 2006, and found tax deficiencies for each of those two years.

8. As a result of those deficiencies, a representative of the Secretary of the Treasury properly and timely made income tax assessments against Charles D. Clark and Karen L. Clark as follows:

| Tax Type | Tax Period Ending | Date of Assessment | Amount of Assessment | Outstanding Balance (as of August 26, 2019) |
|---|---|---|---|---|
| Income (Form 1040) | 12/31/2005 | 08/11/2008 | $202,705.00 | $388,596.12 |
| Income (Form 1040) | 12/31/2006 | 08/11/2008 | $5,652 | $13,514.27 |
| **Total Balance Outstanding as of August 26, 2019** | | | | **$402,110.39** |

9.  Penalties and interest have accrued according to law on the unpaid balance of the assessments set forth in paragraph 8, and will continue to accrue until paid in full.

10. A delegate of the Secretary of the Treasury gave notice of the tax assessments set forth in paragraph 8 to the defendants, Charles D. Clark and Karen L. Clark, and made demand upon them for the payment of those assessments.

11. The defendants Charles D. Clark and Karen L. Clark sent an offer in compromise to the Internal Revenue Service in an attempt to settle the United States' claims for unpaid federal income taxes for tax years 2005 and 2006. The Internal Revenue Service received the proposed offer in compromise on April 11, 2013, and rejected the offer in compromise on April 25, 2014.

12. Despite notice and demand for payment of the assessments described in paragraph 8 above, Charles D. Clark and Karen L. Clark neglected or refused to make full payment of those assessments to the United States.

13. As of August 26, 2019, Charles D. Clark and Karen L. Clark are indebted to the United States in the amount of $402,110.39, plus interest and penalties accruing after that date as provided by law.

14. Pursuant to 26 U.S.C. §§ 6321 and 6322, tax liens in favor of the United States arose on the dates of the assessments of the tax liabilities described in paragraph 8, above, and attached to

3

all property and rights to property belonging to defendants Charles D. Clark and Karen L. Clark, including the real property described in paragraph 17, below.

15. On the dates shown below, the Internal Revenue Service recorded in the County Clerk's office of Haywood County, North Carolina, notices of federal tax lien against Charles D. Clark and Karen L. Clark for the tax periods listed below:

| Tax Period Ending | Tax Type(s) | Date Lien Recorded | Date Lien Refiled Under 26 U.S.C. § 6323(g) |
|---|---|---|---|
| 12/31/2005 | Income | 08/02/2010 | 11/06/2017 |
| 12/31/2006 | Income | 08/02/2010 | 11/06/2017 |

## COUNT II - FORECLOSURE OF FEDERAL TAX LIENS

16. The United States incorporates paragraphs 1 through 15 by reference, as if fully set forth herein.

17. The following real properties are the subject of this foreclosure action:

    a. The real property located at 759 Mountain Glen Road, Canton, North Carolina 28716, Parcel No. 866-42-64393, and legally described in the General Warranty Deed dated , a true and correct copy of which is attached as Exhibit A.

    b. The real property located at 289 Mountain Glen Road, Canton North Carolina 28716, Parcel No. 866-44-56892, and legally described in the General Warranty Deed registered on December 1, 1989, a true and correct copy of which is attached as Exhibit B.

    c. The undeveloped real property located on Mountain Glen Road in Canton, North Carolina, and having the assigned Parcel No. 866-43-62804, and described in the Deeds and Notice attached as Exhibits C, D, E, and F.

    d. The undeveloped real property located on Mountain Glen Road, Canton, North Carolina, and having the assigned Parcel No. 866-42-69103, and described in the Deeds and Notice attached as Exhibits C, D, E, and F.

    e. The undeveloped real property located on Mountain Glen Road, Canton, North Carolina, Parcel No. 866-42-68209, and described in the Deeds and Notice attached as Exhibits C, D, E, and F.

4

f.  The real property located on Mountain Glen Road, Canton, North Carolina, Parcel No. 866-42-65181, and described in the Deeds and Notice attached as Exhibits C, D, E, and F.

g.  The real property located Mountain Glen Road, Canton, North Carolina, Parcel No. 866-42-62111, and described in the Deeds and Notice attached as Exhibits C, D, E, and F.

h.  The real property located between Mountain Glen Road and Bronco Trail in Canton, North Carolina, and having Parcel No. 866-41-73344, and described in the Deeds and Notice attached as Exhibits C, D, E, and F.

i.  The real property located on Harley Creek Road, Canton, North Carolina, Parcel No. 866-44-54351. *See* Ex. G, General Warranty Deed.

18. The real property described in paragraph 17 is titled in the names of Charles D. Clark and Karen L. Clark.

19. Charles D. Clark and Karen L. Clark reside at the real property located at 759 Mountain Glen Road, described in paragraph 17.a.

20. The United States of America, by virtue of the tax liens that encumber the real property described in paragraphs 14, 15, and 17, above, is entitled to have the federal tax liens foreclosed, the real property sold, and the proceeds from the sale applied to the unpaid balance of the income taxes owed by the taxpayers, Charles D. Clark and Karen L. Clark.

21. The North Carolina Department of Revenue may hold an interest in the properties described in paragraph 17, above, by virtue of state tax liens that may or may not have attached to those properties.

## **PRAYER FOR RELIEF**

WHEREFORE, the United States prays that the Court:

A.  Enter judgment in favor of the United States and against defendants Charles Douglas Clark and Karen L. Clark with respect to the income tax assessments described in

5

paragraph 8 above in the amount of $402,110.39 as of August 26, 2019, plus statutory

interest and other additions to tax accruing thereafter until paid in full;

B.  Determine, adjudge and decree that, with respect to the assessments described in

paragraph 8, above, the tax liens of the United States attached to the subject real

properties, and that the United States holds valid and subsisting liens against the subject

real properties;

C.  Order that the tax liens of the United States be foreclosed against the subject real

properties; that the subject real properties be sold; and that the proceeds from the sale of

the properties be distributed to the United States and to the other defendants according to

the respective priorities of their liens and interests in the subject real properties;

D.  Award the United States its costs incurred in prosecuting this action; and

E.  Such other and further relief as is just and proper.

Dated this 22nd day of August, 2019.       R. ANDREW MURRAY
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By:    */s/ Sean P. O'Donnell*
SEAN P. O'DONNELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-514-9641 (v)
202-514-6866 (f)
Sean.P.O´Donnell@usdoj.gov

TRANSFER MADE ON RECORD

Date 3/29/05

By _____ SDL


**Government Exhibit**

A

**HAYWOOD COUNTY TAX CERTIFICATION**

There are no delinquent taxes due that are in a lien

against parcel number(s) *See Below*

David B. Francis, Haywood County Tax Collector

Date: 3-29-05 By *S Hawst*

Haywood County--Register of Deeds
Amy R. Murray, Register of Deeds
Inst# 620018   Book 626 Page 137
# Pgs: 2 03/29/2005   01:06:40pm

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax:  $ 0.00

Parcel Identifier No. 8664-26-3393 Verified by _____ County on the ____ day of _____, 20__
By:     8664-26-5297; 8664-26-8209; 8664-26-2111; 8664-26-5181; 8664-26-9103

Mail/Box to: JAMES W. KIRKPATRICK, III, 95 DEPOT STREET, WAYNESVILLE, NC 28786

This instrument was prepared by: JAMES W. KIRKPATRICK, III, 95 DEPOT STREET, WAYNESVILLE, NC 28786

Brief description for the Index: _____

THIS DEED made this 22nd day of ____February____, 20_05_, by and between

| GRANTOR | GRANTEE |
|---|---|
| RONALD W. THORSON and wife, SUE THORSON<br><br>1/2 undivided INTEREST | CHARLES DOUGLAS CLARK and wife, KAREN CLARK<br><br>289 Mountain Glen Rd. Canton, NC 28716 |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of _____, ____EAST FORK____ Township, ____HAYWOOD____ County, North Carolina and more particularly described as follows:

BEING Lots 13, 14, 15 16, 17 and 18 of Mountain Glen Subdivision as shown on the Plat thereof recorded in Plat Cabinet B, Slot 383H, Haywood County Registry, reference to which is hereby made for amore complete description.

SUBJECT TO those restrictive covenants of record.
The property hereinabove described was acquired by Grantor by instrument recorded in Book __589__ page __57__.

A map showing the above described property is recorded in Plat Book_____B_____ page ___383H___.

NC Bar Association Form No. L-3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981     SoftPro Corporation, 333 E. Six Forks Rd., Raleigh, NC 27609

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

_____ (SEAL)
RONALD W. THORSON

(Entity Name)

By:_____ (SEAL)
Title:_____ SUE THORSON

By:_____ (SEAL)
Title:_____

By:_____ (SEAL)
Title:_____

State of North Carolina - County of HAYWOOD
I, the undersigned Notary Public of the County and State aforesaid, certify that RONALD W. THORSON and wife, SUE THORSON _____ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this 22nd day of February , 20 05

My Commission Expires: 8-11-09
Notary Public

State of North Carolina - County of _____
I, the undersigned Notary Public of the County and State aforesaid, certify that _____ personally came before me this day and acknowledged that _he is the _____ of _____, a North Carolina or _____ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of such entity, _he signed the foregoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal, this _____ day of _____, 20__.

My Commission Expires:_____
Notary Public

State of North Carolina - County of _____
I, the undersigned Notary Public of the County and State aforesaid, certify that _____

Witness my hand and Notarial stamp or seal, this _____ day of _____, 20__.

My Commission Expires:_____
Notary Public

The foreg... State of North Carolina, Haywood County
is/are cer... The Foregoing Certificate(s) of ... the date and time and in the Book and Page shown
on the fir... KATHLEEN MULL CREASMAN /NP
is (are) Certified to be Correct.
This Instrument was filed for Registration on this _____ County
By:___ 29th Day of March, 2005 in the Book and Page shown Register of Deeds
NC Bar ... on the First Page hereof.
Printed b... Amy R. Murray By : Rebecca A Benning ...ion, 333 E. Six Forks Rd., Raleigh, NC 27609
Deputy

TRANSFER MADE ON TAX RECORD

DATE 12/1/89 BY _SAC_

**Government Exhibit**

B

REGISTERED

_404_ PAGE _732_

89 DEC -1 PM 3:12

_Charles W. Howell_
REGISTER OF DEEDS
HAYWOOD CO., N.C.

| Excise Tax | Recording Time, Book and Page | 1322 |

Tax Lot No. ........................................ Parcel Identifier No. ........................

Verified by .................................. County on the ........ day of ...................., 19.....

by ........................................................................................................

Mail after recording to ..............................................................................

This instrument was prepared by     CHARLES W. HIPPS, P.A.

Brief description for the Index

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 30th day of NOVEMBER , 19 89 , by and between

| GRANTOR | GRANTEE |
|---|---|
| EDWINA SUMMEY CLARK, Widow | CHARLES D. CLARK and wife, KAREN CLARK 77 North Main Street Canton, N.C. 28716 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of , EAST FORK Township, HAYWOOD County, North Carolina and more particularly described as follows:

Lot No. 3B, containing 4.68 acres, according to plat of survey entitled "Floy Mae Clark Cogburn Heirs" by Gibson Land Surveying, Keith Gibson, RLS, dated April 24, 1989, revised November 3, 1989, Drawing No. 89 013 114 27 DON 8664, as recorded in Cabinet "C", Slot 409, Haywood County Registry.

SUBJECT TO 30-foot road right of way for the benefit of Lot 1 and Lot 2, location to be determined by heirs, and TOGETHER WITH AND INCLUDING AND SUBJECT TO rights of way of record and as shown on said plat and survey.

BEING a portion of Tract 3, as recorded in Cabinet C, Slot 328, Haywood County Registry.

BEING a part of the property described in Deed Book 399, Page 916, Haywood County Registry.

The property hereinabove described was acquired by Grantor by instrument recorded in ...................................................................

...................................................................................................................................................................

A map showing the above described property is recorded in Plat Book .Cab. C............... page .Slot..409...

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.
Title to the property hereinabove described is subject to the following exceptions:

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

------------------------------------------
(Corporate Name)

By: ----------------------------------------

----------------------- President

ATTEST:

-------------------------------------------
-----------------------Secretary (Corporate Seal)

USE BLACK INK ONLY

_Edwina Summey Clark_ (SEAL)
EDWINA SUMMEY CLARK

-------------------------------------------- (SEAL)

-------------------------------------------- (SEAL)

-------------------------------------------- (SEAL)

NORTH CAROLINA, ...HAYWOOD................... County.

I, a Notary Public of the County and State aforesaid, certify that ...EDWINA SUMMEY CLARK, Widow

---------------------------------------------------------------------------------- Grantor,

personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this ..3.0. day of .November............................., 19.83.

My commission expires: 6-6-74................ _Ruth N. Ford_ ............ Notary Public

SEAL-STAMP

NORTH CAROLINA, ------------------------------- County.

I, a Notary Public of the County and State aforesaid, certify that ----------------------------------,
personally came before me this day and acknowledged that ----- he is ----------------------------- Secretary of
---------------------------------------------------------------- a North Carolina corporation, and that by authority duly
given and as the act of the corporation, the foregoing instrument was signed in its name by its -----------------
President, sealed with its corporate seal and attested by ----------- as its ----------------------- Secretary.

Witness my hand and official stamp or seal, this -------day of ---------------------------, 19---------.

My commission expires: ----------------------------------------------------------------- Notary Public

The foregoing Certificate(s) of ----------------------------------------------------------------------------------
----------------------------- _Ruth N. Ford_ ---------------------------------------------------------------

is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

----------------_Charles Howell_----------------REGISTER OF DEEDS FOR_Haywood_-------COUNTY

By -------------------------------------------------------------------Deputy/Assistant - Register of Deeds

TRANSFER MADE ON RECORD
Date _2/27/2004_
By _____Mhm_____



**Government
Exhibit**

____C____

This instrument prepared by:

_JOHN C KERSTEN_

a licensed North Carolina attorney.
Delinquent taxes, if any, to be paid
by the closing attorney to the county
tax collector upon disbursement of
closing proceeds.

```
Haywood County--Register of Deeds
Amy R. Murray
Inst# 601178  Book 589 Page 57
Excise Tax Paid        $ 280.00
02/27/2004    02:20:04pm
```

## NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax: 280.00 _____

Parcel Identifier No._____ Verified by _____ County on the _____ day of_____, 20__
By:_____

Mail/Box to: JOHN C. KERSTEN, KERSTEN & DAVIS, P.A., 95 DEPOT STREET, WAYNESVILLE, NC 28786

This instrument was prepared by: KERSTEN & DAVIS, P.A., 95 DEPOT STREET, WAYNESVILLE, NC 28786

Brief description for the Index: MOUNTAIN GLEN

THIS DEED made this 20th day of February, 20 04, by and between

| GRANTOR | GRANTEE |
|---|---|
| DON ROBINSON, JR. and wife, SUZIE ROBINSON and LORENE EZELLE ROBINSON, Single | CHARLES DOUGLAS CLARK and RONALD W. THORSON as tenants in common<br>289 Mountain Glen Rd<br>Canton, NC 28716 |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of _____, ____EAST FORK____ Township, _____Haywood_____ County, North Carolina and more particularly described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.

The property hereinabove described was acquired by Grantor by instrument recorded in Book _____ page _____.

A map showing the above described property is recorded in Plat Book_____B_____ page ___383-H___.

NC Bar Association Form No. L-3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981    SoftPro Corporation, 333 E. Six Forks Rd., Raleigh, NC 27609

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions: Restrictive covenants recorded in Book 377, Page 758, Haywood County Registry.

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

_____ (SEAL)
(Entity Name)                DON ROBINSON, JR.

By:_____
Title:_____   SUZIE ROBINSON _____ (SEAL)

By:_____
Title:_____   LORENE EZELLE ROBINSON ___ (SEAL)

By:_____
Title:_____   _____ (SEAL)

State of North Carolina - County of Haywood
I, the undersigned Notary Public of the County and State aforesaid, certify that DON ROBINSON, JR. and wife, SUZIE ROBINSON and LORENE EZELLE ROBINSON, Single personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this 20th day of February, 20 04

My Commission Expires: 6/22/2007        Rhonda Warren
                                        Notary Public

State of North Carolina - County of _____
I, the undersigned Notary Public of the County and State aforesaid, certify that _____ personally came before me this day and acknowledged that _he is the _____ of _____ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of such entity, _he signed the foregoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal, this ____ day of _____, 20__.

My Commission Expires:_____
                                        Notary Public

State of North Carolina - County of _____
I, the undersigned Notary Public of the County and State aforesaid, certify that _____

Witness my hand and Notarial stamp or seal, this ____ day of _____, 20__.

My Commission Expires:_____
                                        Notary Public

The fore... State of North Carolina, Haywood County
is/are ce... The Foregoing Certificate(s) of RHONDA WARREN /NP
on the f... is (are) Certified to be Correct.
This Instrument was filed for Registration on this 27th Day of
By:___ February, 2004 in the Book and Page shown on the First Page hereof.
NC Bar    Amy R. Murray  By: Rebecca A Berrong
Printed                    Deputy

at the date and time and in the Book and Page shown

_____ County
- Register of Deeds

...ation, 333 E. Six Forks Rd., Raleigh, NC 27609

EXHIBIT "A"

BEING Lot Nos. 2, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 and Lot 27, Mountain Glen Subdivision, as shown on plat of survey recorded in Plat Cabinet B, Slot G-1, Haywood County Registry; **Less and Excepting** that portion of Lot 25 conveyed by deed of record in Book 382, Page 719, Haywood County Registry.

TOGETHER WITH a right of way described in Deed Book 341, Page 52, Haywood County Registry.

GRANTOR herein quit claims to Grantee an interest Grantor may have expressly or by implication in the roads appearing on the above referenced recorded plat.

PRESENTED TO LAND RECORDS
DATE *12-6-06* BY *CRF*



HAYWOOD COUNTY TAX CERTIFICATION

There are no delinquent taxes due that are in a lien

against parcel number(s) *8664-26-5953*

David B. Francis, Haywood County Tax Collector

Date: *12/6* By: *_____*

Haywood County--Register of Deeds
Amy R. Murray, Register of Deeds
Inst# 653691   Book 689 Page 693
# Pgs: 3 12/06/2006   09:46:20am
Excise Tax Paid        $ 40.00
Recording Time, Book and Page

Excise Tax  $ 40.00

Tax Lot No. *8664-26-5953*_____ Parcel Identifier No. _____
Verified by _____ County on the ____ day of _____, 20____.
by

Mail after recording to *JWK*
This instrument was prepared by Stephen Barnwell

Brief Description for the index        | Lot 4, Plat Cabinet B, Slot 383-8 |

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this _____ day of _____, 2006, by and between

| GRANTOR | GRANTEE |
|---|---|
| LAURA P. SAMAL and husband, SAM SAMAL; and MARGARET PATTON, unmarried | C. DOUGLAS CLARK and wife, KAREN CLARK *284 Mountain Glen Rd. Canton NC, 28716* |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g., corporation or partnership

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of _____, East Fork Township, Haywood County, North Carolina and more particularly described as follows:

BEING all of Lot No. 4, Mountain Glen Subdivision as described on a plat and survey entitled "Mountain Glen Subdivision, Don Robinson, Sr. and Don Robinson, Jr.", by Gibson Land Surveying, Keith Gibson, RLS, dated February 18, 1984, and recorded in Plat Cabinet B, Slot 383-H, Haywood County Registry.

SUBJECT TO that Declaration of Protective Covenants, Conditions, Restrictions, and Assessments for Mountain Glen Subdivision as recorded in Deed Book 377, Page 758, Haywood County Registry.

GRANTOR herein expressly conveys this parcel together with and including those joint road rights-of-way contained in Deed dated June 1, 1983, recorded in Deed Book 341, Page 359, Haywood County Registry, to jointly use that easement and right of way with Grantors.

INCLUDED herewith is the right of the Grantee or their successors in title to top trees located on the adjoining lot number 11 so as to secure a reasonable view from any structure built or located on lot number 4 conveyed herein.

The above-described property BEING all of that certain property described in deed recorded in Deed Book 395 at Page 148 in the Office of the Register of Deeds of Haywood County, North Carolina, devised to the above named Grantees pursuant to the last will and testament of Miriam W. Patton which is filed in the Office of the Clerk of the Probate Court of Davidson County, Tennessee in Will Book 236 at Page 244.

The property hereinabove described was acquired by Grantor by instrument recorded in Book _____, Page _____.

A map showing the above described property is recorded in Plat Book _____, Page_____.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions:

1. Easements, restrictions and rights-of-way of record.

2. Ad valorem taxes for the year 2006.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

_Margaret Patton_ (SEAL)
MARGARET PATTON

_Laura P. Samal_ (SEAL)
LAURA P. SAMAL

_Sam Samal_ (SEAL)
SAM SAMAL

NORTH CAROLINA, Buncombe County.
I, the undersigned, a Notary Public of the County and State aforesaid, certify that LAURA P. SAMAL and husband, SAM SAMAL, Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this ____ day of __September__, 2006.

My commission expires: 8-12-10 _____ Notary Public

WASHINGTON, __KING__ County
I, the undersigned, a Notary Public of the County and State aforesaid, certify that MARGARET PATTON, Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this __5th__ day of __SEPTEMBER__, 2006.

My commission expires: 2/09/09 _Danielle M Anderson_ _____ Notary Public

The foregoing Certificate(s) of _____

is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____ REGISTER OF DEEDS FOR _____ COUNTY

By _____ Deputy/Assistant-Register of Deeds.

# THIS PAGE INTENTIONALLY LEFT BLANK

**Government Exhibit**

E

||||||| (barcode)

**2016011331**
HAYWOOD CO, NC FEE $26.00

**NO TAXABLE CONSIDERATION**
PRESENTED & RECORDED
12-29-2016 10:46:21 AM
SHERRI C. ROGERS
REGISTER OF DEEDS
BY: JANE NICKERSON
DEPUTY

**BK: RB 920**
**PG: 1257-1259**

PENDING REVIEW FOR TAX LISTING

12-29-16
DATE ~~11/21/16~~ BY KH Mhnw

HAYWOOD COUNTY TAX CERTIFICATION

There are no delinquent taxes due that are a lien
against parcel number(s) 8664-26-305, 8664-36-334, 8664-36-2858, 8664-36-2613, 8664-36-1885, 8664-37-2130
8664-16-3105, 8664-16-9631, 8664-16-8314, 8664-26-0238, 8664-16-8028, 8664-37-2413
8664-27-4426, 8664-17-3344

Mike Matthews, Haywood County Tax Collector
Date: 12-29-16 By: _____

---

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax  $ 0.00

Parcel Identifier No. 8664-16-3105; 8664-16-9631; 8664-16-8314; 8664-26-0238; 8664-16-8028; 8664-26-3515; 8664-36-3134; 8664-36-2358; 8664-36-2613; 8664-36-1885; 8664-37-2130; 8664-37-2413; 8664-27-4426; and 8664-17-3344

Mail after recording to   Van Winkle, Buck, Wall, Starnes & Davis, P.A.   Attorney's Initials: WJJ
Post Office Box 7376 , Asheville, NC 28802-7376

This instrument was prepared by: Van Winkle, Buck, Wall, Starnes & Davis, P.A.

Brief description for the Index:   Lots 2,7,8,9,10, 12, 19, 20,21, 22, 23, 24, pt 25, and 27 Mountain Glen, Plat Cab B-383H

THIS DEED made this _____ day of_____, 2016, by and between:

| GRANTOR | GRANTEE |
|---|---|
| **Ronald W. Thorson and wife, Sue Thorson and Charles Douglas Clark and wife, Karen Clark** | **Charles Douglas Clark and wife, Karen Clark, as tenants by the entireties** |
| 289 Mountain Glen Road Canton, NC 28716 | 289 Mountain Glen Road Canton, NC 28716 |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that Grantor, for a valuable consideration paid by Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto Grantee in fee simple, all that certain lot or parcel of land situated in East Fork Township, Haywood County, North Carolina, and more particularly described as follows (the "Property"):

**BEING all of Lot Nos. 2, 7, 8, 9, 10, 12, 19, 20, 21, 22, 23, 24, 27, and 25 (less and except that portion of Lot 25 conveyed in Deed Book 382, Page 719) of  Mountain Glen Subdivision, as shown on that Plat of survey recorded in  Plat Cabinet B, Slot 383H, Office of the Register of Deeds for Haywood County, North Carolina, to which plat reference is hereby made for a more particular description of said lots.**

**NO TITLE EXAMINATION WAS PERFORMED BY THE PREPARER OF THIS DEED.**

**THIS PROPERTY DOES NOT INCLUDE GRANTOR'S PRINCIPAL RESIDENCE.**

The Property was acquired by Grantor by instrument recorded in Deed Book 589, Page 57.

TO HAVE AND TO HOLD the Property and all privileges and appurtenances thereto belonging to Grantee in fee simple.

And Grantor covenants with Grantee, that Grantor is seized of the Property in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the Property is subject to the following exceptions:

Utilities physically located on the Property, ad valorem taxes for the current year and subsequent years, easements and restrictions of record, and any local, county, state, or federal laws, ordinances, or regulations relating to zoning, environment, subdivision, occupancy, use, construction, or development of the subject property, including existing violations of said laws, ordinances, or regulations.

IN WITNESS WHEREOF, Grantor has hereunto set their hands and seals, the day and year first above written.

_____(SEAL)
**Ronald W. Thorson**

_____(SEAL)
**Sue Thorson**

_____(SEAL)
**Charles Douglas Clark**

_____(SEAL)
**Karen Clark**

STATE OF NORTH CAROLINA
COUNTY OF Buncombe

    I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose state therein and in the capacity indicated: **Ronald W. Thorson and Sue Thorson**

Date: 01/26/2016

_Emmy A Holloway_
Notary Public
Emily A. Holloway
(Printed Name of Notary)
My Commission Expires: 2/16/2017

PLACE NOTARY SEAL INSIDE THIS BOX ONLY!

---

STATE OF NORTH CAROLINA
COUNTY OF _____

    I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose state therein and in the capacity indicated: **Charles Douglas Clark and Karen Clark.**

Date: _____

_____
Notary Public

_____
(Printed Name of Notary)

PLACE NOTARY SEAL INSIDE THIS BOX ONLY!

PENDING REVIEW FOR TAX LISTING

DATE 12-29-16 BY _____



Government
Exhibit

F



**2016011342**
HAYWOOD CO, NC FEE $26.00
PRESENTED & RECORDED
12-29-2016 12:11:10 PM
SHERRI C. ROGERS
REGISTER OF DEEDS
BY: TARA E. REINHOLD
DEPUTY

**BK: RB 920**
**PG: 1306-1309**

# AFFIDAVIT WITH NOTICE OF COMBINATION

**STATE OF NORTH CAROLINA**
**COUNTY OF HAYWOOD**

**NOW COMES** *Charles Dyles Clark* , being first duly

sworn, deposes and says:

1. That I (we) have acquired property under the following name(s) along with the corresponding title reference.

2. It is my (our) desire to make known that the following name(s) are the same person(s).

3. It is my (our) desire to make known that the following name(s) shall be used for listing of taxes: *Charles Douglas Clark*
   *Karen Clark*

| NAME ON DOCUMENT | TITLE REFERENCE | PREFERRED NAME FOR TAX LISTING | ADDRESS |
|---|---|---|---|
| Karen Clark C Douglas Clark | 689/694 | Karen Clark Charles Douglas Clark | MTN Glen Rd. |
| Karen Clark Charles Douglas Clark | 920/1257 | Karen Clark Charles Douglas Clark | MTN Glen Rd |
| '' | '' | '' | '' |
| '' | '' | '' | '' |
| '' | '' | '' | '' |
| '' | '' | '' | '' |
| '' | '' | '' | '' |
| '' | '' | '' | '' |

Parcels listed below are contiguous and we are requesting the Haywood County Land Records/GIS Office to map them as one parcel to be given one new parcel number:

| NAME ON DOCUMENT | TITLE REFERENCE | PREFERRED NAME FOR TAX LISTING | ADDRESS |
|---|---|---|---|
| Karen Clark Charles Douglas Clark | 920/1257 | Karen Clark Charles Douglas Clark | All W Glen Rd |

| Parcel Number | **Calc. Acreage | Corresponding Legal Reference | Grantee Name | Acct Number |
|---|---|---|---|---|
| 8664-26-5953 | 2.3305 | 689/693 | Douglas Clark Karen Clark | 53171 |
| 8664-37-2413 | 10.5 | 920/1257 | Charles Douglas Clark Karen Clark | 169845 |
| 8664-37-2130 | 7.72 | " " | " | " |
| 8664-36-1885 | 4.?? | " " | " | " |

*Note: The above has requested the name change and fully understands that this document does not change the legal documents referenced herein.
**Note: Acreage subject to change after re-mapping.

Future divisions can only be made pursuant to the Subdivision and Pre-Development Ordinance, Title XV, Chapter 152A, County of Haywood, North Carolina, Code of Ordinances.

This ___29___ day of ___December___, 2016 .

x_Charles Douglas Clark_____ (SEAL)

x_Karen L Clark_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

NORTH CAROLINA

COUNTY OF HAYWOOD

I, a Notary Public for Haywood County, North Carolina, do hereby certify that _Charles Douglas Clark & Karen Muse Clark_____ personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal this the __29__ day of _December_ 20_16_.

_____
                                    Notary Public

My commission expires:_____8-20-2018_____

| Parcel Number | Calc. Acreage | Corresponding Legal Reference | Grantee Name | Acct Number |
|---|---|---|---|---|
| 8664-36-2613 | 5.16 | 920/1257 | Charles Douglas CLARK Karen CLARK | 169845 |
| 8664-36-2358 | 4.16 | " " | " " | " |
| 8664-36-3134 | 3.74 | " " | " " " | " " |
| 8664-16-8028 | 1.63 | " " | " " " | " " |
| 8664-26-0238 | 1.29 | " " | " " | " " |
| 8664-16-8314 | 2.08 | " " | " " | " " |
| 8664-16-963.1 | 1.52 | " " | " " " | " " |
| 8664-26-3515 | 1.65 | " " | " " | " \ |
| 8664-27-4426 | 2.0 | " " | " " | " \ |
| 8664-16-3105 | 6.54 | " " | " " | " " |
| 8664-26-9103 | 1.02 | 589/57 626/137 | " " | " \ |
| 8664-26-8209 | 1.18 | " " | " " | " " |
| 8664-26-5181 | 1.71 | " " | " " | " " |
| 8664-26-2111 | 1.37 | " " | " " | " \ |

**Government Exhibit**

G

TRANSFER MADE ON RECORD
Date _1/17/05_
By _SA_

**HAYWOOD COUNTY TAX CERTIFICATION**

There are no delinquent taxes due that are in a lien

against parcel number(s) 8664-45-4351

David B. Francis, Haywood County Tax Collector

Date 1-17-05 By _J. Hawat_

Haywood County--Register of Deeds
Amy R. Murray, Register of Deeds
Inst# 617297  Book 619 Page 1268
# Pgs: 3 01/17/2005  12:27:55pm

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax:  $ 0.00

Parcel Identifier No. 8664-45-4351 _____ Verified by _____ County on the ____ day of _____, 20__
By: _____

Mail/Box to: JAMES W. KIRKPATRICK, III, 95 DEPOT STREET, WAYNESVILLE, NC 28786

This instrument was prepared by: JAMES W. KIRKPATRICK, III, 95 DEPOT STREET, WAYNESVILLE, NC 28786

Brief description for the Index: _____

THIS DEED made this 16th day of ___December___, 20_04_, by and between

| GRANTOR | GRANTEE |
|---|---|
| KAREN CLARK CRAIN  and husband, GUS CRAIN | CHARLES DOUGLAS CLARK and wife, KAREN L. CLARK 289 Mountain Glen Road Canton, NC 28716 |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of _____, ___EAST FORK___ Township, ___HAYWOOD___ County, North Carolina and more particularly described as follows:

SEE EXHIBIT "A"  ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.

The property hereinabove described was acquired by Grantor by instrument recorded in Book ___404___ page ___734___ .

A map showing the above described property is recorded in Plat Book_____ page _____.

NC Bar Association Form No. L-3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981     SoftPro Corporation, 333 E. Six Forks Rd., Raleigh, NC 27609

File # 05-020-Ckar

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all ~~privileges and appurtenances~~ thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the ~~premises in fee simple, has the right~~ to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

_____ _____ (SEAL)
(Entity Name)                                         KAREN CLARK CRAIN

By:_____ _____ (SEAL)
    Title:_____         GUS CRAIN

By:_____ _____ (SEAL)
    Title:_____

By:_____ _____ (SEAL)
    Title:_____

State of North Carolina - County of  HAYWOOD
        I, the undersigned Notary Public of the County and State aforesaid, certify that  KAREN CLARK CRAIN and GUS CRAIN _____ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed.  Witness my hand and Notarial stamp or seal this  20th  day of _____December_____, 20 04

My Commission Expires:  8.11.09                        _____
                                                        Notary Public

State of North Carolina - County of _____
        I, the undersigned Notary Public of the County and State aforesaid, certify that _____ personally came before me this day and acknowledged that __he is the _____ _____ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of such entity, __he signed the foregoing instrument in its name on its behalf as its act and deed.  Witness my hand and Notarial stamp or seal, this _____ day of _____, 20__.

My Commission Expires:_____              _____
                                                        Notary Public

State of North Carolina - County of _____
        I, the undersigned Notary Public of the County and State aforesaid, certify that _____
_____
_____

Witness my hand and Notarial stamp or seal, this _____ day of _____, 20__.

My Commission Expires:_____              _____
                                                        Notary Public

The for[...]        State of North Carolina, Haywood County
is/are c[...]       The Foregoing Certificate(s) of
on the f[...]       KATHLEEN MULL CREASMAN /NP
                    is (are) Certified to be Correct.                   [...] at the date and time and in the Book and Page shown
                    This Instrument was filed for Registration on this
_____             17th Day of January, 2005 in the Book and Page shown
By:___              on the First Page hereof.                           _____ County
                        Amy R. Murray  By : Rebecca A Berrong           - Register of Deeds
NC Ba[...]                                 Deputy
Printed[...]                                                            [...]ration, 333 E. Six Forks Rd., Raleigh, NC 27609

# EXHIBIT "A"

Lot No. 3C, containing 4.68 acres, according to plat of survey entitled "Floy Mae Clark Cogburn Heirs", by Gibson Land Surveying, Keith Gibson, RLS, dated April 24, 1989, revised November 3, 1989, Drawing No. 89 0113 114 27 DON 8664, as recorded in Cabinet "C", Slot 409, Haywood County Registry.

SUBJECT TO 30-foot road right of way for the benefit of Lot 1 and Lot 2, location to be determined by heirs, and TOGETHER WITH and INCLUDING and SUBJECT TO rights of way of record and as shown on said plat and survey.

BEING a portion of Tract 3, as recorded in Cabinet C, Slot 328, Haywood County Registry.

BEING the identical property described in a deed dated November 30, 1989, from Edwina Summey Clark, Widow to Karen Clark Crain and husband, Gus Crain, recorded in Deed Book 404, Page 734, Haywood County Registry.

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA,

|                              |     |                                      |
|------------------------------|-----|--------------------------------------|
| *Plaintiff*                  | )   |                                      |
| **v.**                       | )   | **Civil Action No.** 1:19-cv-247     |
|                              | )   |                                      |
| CHARLES D. CLARK;            | )   |                                      |
| KAREN L. CLARK; and          | )   |                                      |
| NORTH CAROLINA DEPARTMENT OF REVENUE. | ) |                          |
|                              | )   |                                      |
|                              | )   |                                      |
| *Defendant*                  |     |                                      |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> CHARLES D. CLARK
> 759 Mountain Glen Road
> Canton, North Carolina 28716

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> SEAN P. O'DONNELL
> Tax Division, U.S. Department of Justice
> P.O. Box 227
> Ben Franklin Station
> Washington, D.C. 20044
> (202)514-9641

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.** 1:19-cv-247

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; or

❏     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❏     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; or

❏     **I returned the summons unexecuted because** _____; or

❏     **Other** *(specify)*:
      _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____          _____
                                                                      **Server's signature**

                                                 _____
                                                                 **Printed name and title**

                                                 _____
                                                                      **Server's address**


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA,

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 1:19-cv-247 |
| | ) | |
| CHARLES D. CLARK; | ) | |
| KAREN L. CLARK; and | ) | |
| NORTH CAROLINA DEPARTMENT OF REVENUE. | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

> KAREN L. CLARK
> 759 Mountain Glen Road
> Canton, North Carolina 28716

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

> SEAN P. O'DONNELL
> Tax Division, U.S. Department of Justice
> P.O. Box 227
> Ben Franklin Station
> Washington, D.C. 20044
> (202)514-9641

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.** 1:19-cv-247

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑ **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____; or

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

❑ **I served the summons on** *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

❑ **I returned the summons unexecuted because** _____; or

❑ **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

I declare under penalty of perjury that this information is true.

Date:_____                    _____
                                                                    **Server's signature**

                                                 _____
                                                                    **Printed name and title**

                                                 _____
                                                                    **Server's address**

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

UNITED STATES OF AMERICA,

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 1:19-cv-247 |
|  | ) | |
| CHARLES D. CLARK; | ) | |
| KAREN L. CLARK; and | ) | |
| NORTH CAROLINA DEPARTMENT OF REVENUE. | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

NORTH CAROLINA DEPARTMENT OF REVENUE
c/o Bryan E. Beatty, Interim General Counsel
P.O. Box 871
Raleigh, North Carolina 27602

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

SEAN P. O'DONNELL
Tax Division, U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202)514-9641

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.** 1:19-cv-247

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at**
       *(place)*_____
       **on** *(date)* _____; **or**

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____, **a person of suitable age and discretion who**
       **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
       **known address; or**

❏    **I served the summons on** *(name of individual)* _____,
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____; **or**

❏    **I returned the summons unexecuted because** _____; **or**

❏    **Other** *(specify)***:**
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____       _____
                                                                                        **Server's signature**

                                                          _____
                                                                                        **Printed name and title**

                                                          _____
                                                                                        **Server's address**

**Additional information regarding attempted service, etc:**